IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHRISTINA BRANDON, et al.,

        Plaintiffs,

v.                          CIVIL ACTION NO. 2:04-cv-00754

C & O MOTORS, INC.,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order granting the plaintiff's motion for voluntary dismissal, the Court **ORDERS** that this case be dismissed and stricken from the docket of this Court. The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

        ENTER:      April 27, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE